Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

FILED
2008 MAY 12 A 9:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CELEDONIA ALCANTAR and JOSE LUIS ALCANTAR, INDIVIDUALLY and d/b/a LA COSTENITA RESTAURANT FAMILIAR, <br><br> Defendants. | Case No. C08 02412 RMW PVT <br><br> CERTIFICATION AS TO INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, KingVision Pay-Per-View, Ltd. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, KingVision Pay-Per-View, Ltd.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

Page 1

1  ***Defendant,*** Celedonia Alcantar, individually and d/b/a La Costenita Restaurant Familiar

2  1272 Main Street
   Watsonville, CA 95076
3

4  ***Defendant,*** Jose Luis Alcantar, individually and d/b/a La Costenita Restaurant Familiar

5  1272 Main Street
   Watsonville, CA 95076
6

7

8

9  Dated: 5/9/08

10                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                      By: Thomas P. Riley
11                                    Attorneys for Plaintiff
                                      KingVision Pay-Per-View, Ltd.
12  ///

13  ///
14
    ///
15
16  ///

17  ///

18
    ///
19
20  ///

21  ///

22
    ///
23
24  ///

25  ///

26  ///

27
    ///
28