1  JAMES S. RUMMONDS, SBN 59954
   RUMMONDS & MAIR
2  311 Bonita Drive
   Aptos, CA 95003
3  TELEPHONE (831) 688-2911
   FACSIMILE   (831) 662.3407
4
   Attorney for Defendants CELEDONIA ALCANTAR, JOSE
5  ALCANTAR indiv and dba LA COSTENITA RESTAURANT
   FAMILIAR.                                                  *E-FILED - 1/22/09*
6

7                    UNITED STATES DISTRICT COURT

8                             FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  KINGVISION PAY-PER-VIEW, LTD.,          )   CASE NO.  C08 02412 RMW PVT
                                            )
12                  Plaintiff,              )   **STIPULATION AND ORDER**
                                            )
13                                          )
           v.                               )
14                                          )   Date:   **January 23, 2009**
    CELEDONIA ALCANTAR and JOSE             )
15  LUIS ALCANTAR, individually and dba     )   Time:   **10:30 A.M.**
    LA COSTENITA RESTAURANT                 )
16  FAMILIAR,                               )   Place:  **Courtroom 6**
                                            )
17                  Defendants.             )   Judge:  **Ronald M. White**
                                            )
18  _____)

19       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

20  counsel of record, Rummonds & Mair, attorneys for defendants and The Law Offices of Thomas

21  Riley, PC, attorneys for plaintiff, as follows:

22       WHEREAS defendants' counsel in this matter, James Rummonds, was involved in a

23  single engine plane crash in Monterey County on November 25, 2008, in which he suffered

24  serious injuries (including but not limited to a broken back); and

25       WHEREAS Mr. Rummonds underwent major surgery as a result of his injuries and is

26  currently recuperating from his surgery and injuries; and

27

28  _____

    **STIPULATION and ORDER**

1    WHEREAS Mr. Rummonds is expected to make a full recovery from his injuries,

2    however he has been informed by his doctors and surgeons that it will take him between four (4)

3    to six (6) months to do so, and it will be approximately early March, 2009 before he can return to

4    work full time at his law office; and

5    WHEREAS the parties are in agreement that, in light of the foregoing, the interests of

6    justice require that the case-management conference in this matter be continued to the first

7    available court day on or after April 3, 2009;

8    WHEREAS the instant Stipulation is submitted in the interests of justice and not for any

9    improper purpose of delay;

10   IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

11

12   1. The case management conference set in this matter shall be continued to April 3, 2009

13   or the first day thereafter available to the Court.

14

15   DATED: January 21, 2009                    RUMMONDS & MAIR

16                                              John A. Schlaff -

17                              BY:    _____

18                                     JOHN A. SCHLAFF, Attorneys for

19                                     Defendants CELEDONIA ALCANTAR, JOSE ALCANTAR

                                       indiv and dba LA COSTENITA RESTAURANT FAMILIAR

20

21   DATED: January 27, 2009                    LAW OFFICES OF THOMAS P. RILEY, APC

22

23

24                              BY:    _____

25                                     THOMAS P. RILEY, ESQ.

                                       Attorneys for Plaintiff

26

27   THE COURT HAVING READ AND CONSIDERED THE FOREGOING, AND GOOD

28   CAUSE HAVING BEEN SHOWN THEREFOR, HEREBY RULES AS FOLLOWS:

**STIPULATION and ORDER**                    - 2 -

1   THE CASE MANAGEMENT CONFERENCE SCHEDULED IN THE ABOVE-

2   REFERENCED MATTER IS CONTINUED UNTIL April 3, 2009 @ 10:30 a.m.

3

4   DATED: January __22__, 2009.

5

6

7

8   *Ronald M. Whyte*

9   JUDGE OF THE U.S. DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 21, 2009, I served:

### STIPULATION AND ORDER

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

James S. Rummonds, Esquire
**RUMMONDS & MAIR**
311 Bonita Drive
Aptos, CA 95003

Attorney for Defendants:
Celedonia Alcantar
Jose Luis Alcantar

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 21, 2009, at South Pasadena, California.

Dated: January 21, 2009

/s/ Sarah Chesshir
**SARAH CHESSHIR**

4