1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795                                   **E-FILED - 4/9/09*__
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   KingVision Pay-Per-View, Ltd.
7

8                           UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
9

10 | KingVision Pay-Per-View, Ltd.,      | CASE NO. CV 08-2412 RMW-PVT
11 |                                     |
12 |           Plaintiff,                | STIPULATION OF DISMISSAL OF
   |                                     | PLAINTIFF'S COMPLAINT
13 |      vs.                            | AGAINST DEFENDANT
14 | Celedonia Alcantar, et al.,         | CELEDONIA ALCANTAR and JOSE
   |                                     | LUIS ALCANTAR, individually and
15 |           Defendants.               | d/b/a LA COSTENITA RESTAURANT
16 |                                     | FAMILIAR **AND ORDER**

17

18     **IT IS HEREBY STIPULATED** by and between Plaintiff KINGVISION PAY-
19 PER-VIEW, LTD. and Defendants CELEDONIA ALCANTAR and JOSE LUIS
20 ALCANTAR, individually and d/b/a LA COSTENITA RESTAURANT FAMILIAR,
21 that the above-entitled action is hereby dismissed without prejudice against
22 CELEDONIA ALCANTAR and JOSE LUIS ALCANTAR, individually and d/b/a LA
23 COSTENITA RESTAURANT FAMILIAR to the Court's jurisdiction to enforce the
24 settlement agreement reached between the Parties.
25 ///
26 ///
27 ///
28

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 26, 2009    /s/ Thomas P. Riley
_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

Dated: April 7, 2009     /s/ John A. Schlaff
_____
**LAW OFFICES OF JOHN A. SCHLAFF**
By: John A. Schlaff
Attorneys for Defendants CELEDONIA ALCANTAR
And JOSE LUIS ALCANTAR, individually and d/b/a
LA COSTENITA RESTAURANT FAMILIAR

IT IS SO ORDERED:

*/s/ Ronald M. Whyte*
_____    Dated: 4/9/09
**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 7, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CELEDONIA ALCANTAR, individually and d/b/a LA COSTENITA RESTAURANT FAMILIAR**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. John A. Schlaff, Esquire          Attorneys for Defendants
LAW OFFICES OF JOHN A. SCHLAFF
311 Bonita Drive
Aptoy, CA 95003

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 7, 2009, at South Pasadena, California.

Dated: April 7, 2009                    /s/ Inesa Mamidjanyah
                                        INESA MAMIDJANYAN